■ ELLEN L. RADICI, Appellant, v PETER G. PIANA, Respondent. [670 NYS2d 651] —Order, Supreme Court, New York County (Herman Cahn, J.), entered March 21, 1996, unanimously affirmed for the reasons stated by Cahn, J., without costs or disbursements. No opinion. Concur—Ellerin, J. P., Wallach, Tom and Mazzarelli, JJ.